U.S. Bankruptcy Court
Northern District of Illinois

In re:

Bankruptcy Case No. **17–09308**
**MACK INDUSTRIES, LTD**

    Debtor

Adversary Proceeding No. **19–00407**
**RONALD R. PETERSON, AS CHAPTER 7 TRUSTEE FOR MACK INDUSTRIES, LTD.**
**RONALD R. PETERSON, AS CHAPTER 7 TRUSTEE FOR OAK PARK AVENUE REALTY, LTD.**

    Plaintiff

v.

**GABS PROPS, LLC – BLUE**
**GABS PROPS, LLC – GOLD**

    Defendant

### ALIAS SUMMONS IN AN ADVERSARY PROCEEDING

**To:** GABS PROPS, LLC – BLUE

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Jeffrey K. Paulsen** <br> **105 W. Madison, Suite 1500** <br> **Chicago, IL 60602** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | | **Status Hearing Date and Time** |
|---|---|---|
| | **Appear using Zoom for Government** <br> **By video, use link: https://www.zoomgov.com/** <br> **By telephone, call 1−669−254−5252 or 1−646−828−7666.** <br> **Enter the meeting ID 161 155 8289 and passcode Doyle742** | **04/15/2021 at 10:45AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date Issued
**02 / 23 / 2021**



*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

U.S. Bankruptcy Court
Northern District of Illinois

In re:

Bankruptcy Case No. **17–09308**
**MACK INDUSTRIES, LTD**

           Debtor

Adversary Proceeding No. **19–00407**
**RONALD R. PETERSON, AS CHAPTER 7 TRUSTEE FOR MACK INDUSTRIES, LTD.**
**RONALD R. PETERSON, AS CHAPTER 7 TRUSTEE FOR OAK PARK AVENUE REALTY, LTD.**

           Plaintiff

v.

**GABS PROPS, LLC – BLUE**
**GABS PROPS, LLC – GOLD**

           Defendant

### ALIAS SUMMONS IN AN ADVERSARY PROCEEDING

**To:** GABS PROPS, LLC – GOLD

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Jeffrey K. Paulsen** <br> **105 W. Madison, Suite 1500** <br> **Chicago, IL 60602** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | **Status Hearing Date and Time** |
|---|---|
| **Appear using Zoom for Government** <br> **By video, use link: https://www.zoomgov.com/** <br> **By telephone, call 1–669–254–5252 or 1–646–828–7666.** <br> **Enter the meeting ID 161 155 8289 and passcode Doyle742** | **04/15/2021 at 10:45AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date Issued
**02 / 23 / 2021**



*Jeffrey P. Allsteadt*
Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012